CLARK HILL PLLC
Crane M. Pomerantz
Nevada Bar No. 14103
Email: cpomerantz@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 697-7545
Facsimile:  (702) 862-8400
*Attorney for Defendant Telusma*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN TELUSMA,<br><br>                    Defendant. | CASE NO. 2:17-cr-00306-JCM-PAL-16 |

### STIPULATION AND ORDER TO CONTINUE SENTENCING (FIRST REQUEST)

**IT IS HEREBY STIPULATED** by and between Defendant, John Telusma, by and through his counsel, Crane M. Pomerantz, Esq., of the law firm of Clark Hill PLLC and the Plaintiff, United States of America, by and through David L. Jaffe, Chief for the United States Department of Justice, Organized Crime and Gang Section, Kelly Pearson, Deputy Chief, Organized Crime and Gang Section, and Chad W. McHenry and Alexander Gottfried, Trial Attorneys, Organized Crime and Gang Section, that the sentencing hearing currently scheduled for March 23, 2022, at 10:00 a.m. be vacated and set to a date and time convenient to the Court but not earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel was appointed by this Court as counsel for Mr. Telusma on March 12, 2018.

2. Sentencing in this matter is currently scheduled for March 23, 2022 at 10:00 a.m. Therefore, Mr. Telusma's sentencing memorandum currently is due on March 16, 2022.

. . .

3. Undersigned counsel has retained a sentencing mitigation expert to assist with complex issues relating to the Defendant's sentencing, including mental health issues. The expert has reviewed the file and met with the Defendant, in person, on two occasions. She requires additional time to complete her review and analysis, and provide input to undersigned counsel.

4. Undersigned counsel requires additional time to thoroughly prepare for sentencing on Mr. Telusma's behalf, including the preparation of a sentencing memorandum. The work of the expert will not be completed by the time undersigned counsel is required to submit his sentencing memorandum.

5. Mr. Telusma is not in custody and agrees to this short continuance. Mr. Telusma resides in New York; avoiding travel for his sentencing hearing will lessen his potential exposure to the COVID virus.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

8. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

9. This is the second request for a continuance of the sentencing hearing.

| | |
|---|---|
| UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| DATED this 9th day of March, 2022. | DATED this 9th day of March, 2022. |
| /s/Chad McHenry<br>CHAD McHENRY<br>Trial Counsel for the Plaintiff<br>UNITED STATES OF AMERICA | /s/Crane Pomerantz<br>CRANE M. POMERANTZ<br>Attorney for Defendant Telusma |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00306-JCM-PAL-16 |
|---|---|
| Plaintiff, | |
| vs. | |
| JOHN TELUSMA, | |
| Defendant. | |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Undersigned counsel was appointed by this Court as counsel for Mr. Telusma on March 12, 2018.

2. Sentencing in this matter is currently scheduled for March 23, 2022 at 10:00 a.m. Therefore, Mr. Telusma's sentencing memorandum is currently due on March 16, 2022.

3. Undersigned counsel has retained a sentencing mitigation expert to assist with complex issues relating to the Defendant's sentencing, including mental health issues. The expert has reviewed the file and met with the Defendant, in person, on two occasions. She requires additional time to complete her review and analysis, and provide input to undersigned counsel.

4. Undersigned counsel requires additional time to thoroughly prepare for sentencing on Mr. Telusma's behalf, including the preparation of a sentencing memorandum. The work of the

expert will not be completed by the time undersigned counsel is required to submit his sentencing memorandum.

5. Mr. Telusma is not in custody and agrees to this short continuance. Mr. Telusma resides in New York; avoiding travel for his sentencing hearing will lessen his potential exposure to the COVID virus.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

8. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

9. This is the second request for a continuance of the sentencing hearing.

### ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for March 23, 2022, at the hour of 10:00 a.m. is hereby vacated and continued to the **25th day of May 2022**, at the hour of **11:00 a.m.,** in Courtroom 6A.

DATED March 9, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE