CLARK HILL PLLC
CRANE M. POMERANTZ
Nevada Bar No. 14103
Email:  cpomerantz@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 826-8300
Facsimile:  (702) 862-8400

*Attorney for Defendant Telusma*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00306-JCM-PAL-16 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO AUTHORIZE FUNDS FOR TRAVEL** |
| JOHN TELUSMA, | |
| Defendant. | |

Defendant, John Telusma, by and through undersigned counsel, respectfully submits the Motion to Authorize Funds for Travel for the upcoming sentencing hearing on May 25, 2022.  In support thereof, Mr. Telusma states as follows:

1. On October 13, 2021, the defendant appeared before the Court and pleaded guilty to Count One of the Second Superseding Criminal Indictment. Count One charged Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d).

2. Mr. Telusma's sentencing hearing is scheduled for May 25, 2022.

3. Mr. Telusma resides in Brooklyn, New York.  He is not in custody.

4. Mr. Telusma has been found indigent for purposes of representation. Mr. Telusma has limited resources and does not have a regular source of income. As such, he does not have sufficient funds to pay for his travel to the District of Nevada for his sentencing hearing.

5. Undersigned counsel just learned that Mr. Telusma is exploring taking a loan in order to defray the cost of traveling to Las Vegas for sentencing.  According to Mr. Telusma's Pre-Sentence Investigation Report, he has a negative net worth.  *See* PSR at ¶ 125.

6. Pursuant to 18 U.S.C. § 4285, the Court may "direct the United States marshal to arrange for [a defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required." 18 U.S.C. § 4285. In addition, the Court may "direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination." *Id*.

7. Mr. Telusma respectfully requests that the Court issue an Order directing the United States Marshal Service to pay for the cost of non-custodial transportation to be present in the District of Nevada on May 25, 2022, and to furnish Mr. Telusma with subsistence expenses, including reimbursement for lodging, meals, travel to and from the airport and to and from the courthouse.

Dated this 10th day of May, 2022.

Respectfully submitted,

CLARK HILL PLLC

*/s/ Crane Pomerantz*

_____
Crane M. Pomerantz
Nevada Bar No.: 14103
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400

*Attorney for Defendant Telusma*

## **ORDER**

IT IS ORDERED that the United States Marshal's Service is directed to arrange and pay for Mr. Telusma's non-custodial transportation to and from the District of Nevada for his May 25, 2022 sentencing, and reimbursement of subsistence expenses.

DATED May 20, 2022.

_____
Honorable James C. Mahan
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned, an employee of Clark Hill PLLC, hereby certifies that on the 10th day of May, 2022, I served a copy of the **Motion to Authorize Funds for Travel** by electronic service to all interested parties, through the Court's electronic service (ECF) system addressed to:

Chad William McHenry    chad.w.mchenry@usdoj.gov, caseview.ecf@usdoj.gov, debra.vainio@usdoj.gov, kelly.pearson@usdoj.gov, mayumi.coffman@usdoj.gov

Kelly K. Pearson    kelly.pearson@usdoj.gov

Alexander Byrne Gottfried    alexander.gottfried@usdoj.gov

/s/  Judy Estrada
An employee of Clark Hill PLC